**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Civil Action Number: 9:18-cv-80365-DMM

JUAN CARLOS GIL,

    Plaintiff,

v.

EVERGLADES COLLEGE, INC.
d/b/a Everglades University,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

    Plaintiff Juan Carlos Gil, and Defendant Everglades College, Inc., hereby give notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request thirty (30) days to a stipulated form of dismissal with this Court.

    Dated: August 27, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Justin C. Sorel* |
| Scott R. Dinin, Esq. | Justin C. Sorel, Esq. |
| Scott R. Dinin, P.A. | COLE, SCOTT, KISSANE, P.A. |
| 4200 NW 7th Avenue | 222 Lakeview Avenue, Suite 120 |
| Miami, Florida 33127 | West Palm Beach, Florida 33401 |
| Tel: (786) 431-1333 | Telephone: (561)-612-3401 |
| Fax: (786) 513-7700 | Facsimile: (561)-683-8977 |
| E-mail: inbox@dininlaw.com | Email: justin.sorel@csklegal.com, |
| *Counsel for Plaintiff* | arthur.alves@csklegal.com |
| | *Counsel for Defendant* |